Revised 03/06 WDNY



# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

### FORM TO BE USED IN FILING A COMPLAINT
### UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
(Prisoner Complaint Form)

CV 0475 A(M)

All material filed in this Court is now available via the INTERNET. See Pro Se Privacy Notice for further information.

## 1. CAPTION OF ACTION

**A.    Full Name And Prisoner Number of Plaintiff:** NOTE: *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1. JeRome Thompson # 08-A-4742 Attica Corr, Facility
2. Box 149 Attica N.Y. 14011

-VS-

**B.    Full Name(s) of Defendant(s)** NOTE: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. Governor Andrew Cuomo              4. Captain Robinson, Attica corr, fac
2. Commissioner Brian Fischer          5. Sgt. R Mitchell, Attica corr, fac
3. Superintendent Bradt of Attica corr, fac  6. CPL J. Koenigsmann D.c.c.m.d

"18 Defendants" a copy of each defendants is on a sheet of paper inside
this motion 12 more names.

## 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

MAY 2 2 2012

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION**  NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: JeRome Thompson # 08A4742   Attica corr fac

Present Place of Confinement & Address: 639 Exchange Street, Attica N.Y.
14011 - 0149

Name and Prisoner Number of Plaintiff: _____

Present Place of Confinement & Address: _____

Sworn to before me this ____ day of ____

Notary Public _____

#1

**DEFENDANT'S INFORMATION** NOTE: *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant: _C. O. Tomporowski_

(If applicable) Official Position of Defendant: _Correctional Officer_

(If applicable) Defendant is Sued in _Yes_ Individual and/or _____ Official Capacity

Address of Defendant: _Attica, corr, Fac, Worker Attica N.Y. 14011_
_Box 149_                    _asking for $7,500 dollars_

Name of Defendant: _C. O. Bosworth_

(If applicable) Official Position of Defendant: _Correctional officer_

(If applicable) Defendant is Sued in _Yes_ Individual and/or _____ Official Capacity

Address of Defendant: _Attica, corr, Fac, Attica N.Y. 14011_
_Box 149_                    _asking for $8,500 dallars_

Name of Defendant: _C. O. ms K Shearing_

(If applicable) Official Position of Defendant: _____

(If applicable) Defendant is Sued in _Yes_ Individual and/or _____ Official Capacity

Address of Defendant: _Attica Corr Fac Attica, ny 14011 Box 149_

_asking for $7,500 dallars_

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.    Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action?**
      Yes_____    No_____

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.    Name(s) of the parties to this other lawsuit:

      Plaintiff(s): _____

      Defendant(s): _____

2.    Court (if federal court, name the district; if state court, name the county): _____

3.    Docket or Index Number: _____

4.    Name of Judge to whom case was assigned: _____

5.   The approximate date the action was filed:_____

6.   What was the disposition of the case?

    Is it still pending? Yes_____ No_____

       If not, give the approximate date it was resolved._____

    Disposition (check the statements which apply):

    _____ Dismissed (check the box which indicates why it was dismissed):

       _____ By court *sua sponte* as frivolous, malicious or for failing to state a claim
             upon which relief can be granted;

       _____ By court for failure to exhaust administrative remedies;

       _____ By court for failure to prosecute, pay filing fee or otherwise respond to a court
             order;

       _____ By court due to your voluntary withdrawal of claim;

    _____ Judgment upon motion or after trial entered for

       _____ plaintiff

       _____ defendant.


B.   Have you begun **any other lawsuits** in **federal court** which **relate to your imprisonment?**

    Yes_____ No_____

If Yes, complete the next section. NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment, use this same format to describe the other action(s) on another sheet of paper.*

1.   Name(s) of the parties to this other lawsuit:

    Plaintiff(s):_____

    _____

    Defendant(s):_____

    _____

2.   District Court:_____

3.   Docket Number:_____

4.   Name of District or Magistrate Judge to whom case was assigned:_____

    _____

5.   The approximate date the action was filed:_____

6.   What was the disposition of the case?

    Is it still pending? Yes_____ No_____

       If not, give the approximate date it was resolved._____

3

(1)

UNited States, District
Court Western District
OF New YORK STATE

Civil Action No ___
Complaint

JeRome Thompson
plaintiffs,

- V -

Albany New, YORK, Gov. A Cuomo
Comm, B. Fischer, Attica corr,
Fac, Superintendent, Bradt, captain
Robinson, Sgt, R. mitchell, c.o. K,
morris, co. m, masocco, co Tempor-
crowski, c.o. murdack, Medical STAFF
Doctor ms Gaft, RN Hawely R.N.~~~
R N Wassink
~~~~~~ ~~~~~~ ~~~~~~~~~~~~~~~
~~~~~~~ ~~~~~~~~~~~ CARl
Koenigsmann, m.D. Deputy, comm,
Chief medical OFFiceR

C.O. Bosworth, c.o. K sheariy co mR C
D.D.S Hughes, quarantine Sgt check Record

THis is a civil Action Authorized by 42 USC. Section 1983 to redress the depri-
ation, under color of State law, of Rights Secured by the constitution of the U.S.
The court has Jurisdiction under 28 U.S.C. Section 1331 and 1343 (A)(3). Plaintiff Thompson
Seek declaratory relief pursuant, to 28 usc Section 2201 And 2202, Plaintiff Thompson
claims for injunctive Relief Are authorized by 28 us c. section 2283 ; 2284 ; Rule
65 of the ~~~~~ Federal Rules of civil Procedure.

The western district of New york State, is An appropriate venue under 28
U.S.C. Section, 1391 (b)(a) because it's where giving rise to this claim occurred,

Plaintiff "Jerome Thompson" is And was At All times mentioned herein, a
prisoner of the State of New york in the custody of the Attica Department
correctioins. He's currently confined in Attica State prison, Attica New york.

" Defendants"

Albany New York State, Gov A, Cuomo, comm, B. Fischer, Attica
corr fac, superintendent Bradt, captain Robinson, Sgt R, mitchell, C.O. K
morris, m. masoro Co. Tomporowski, C.O. mordacz, medical staff, DR Gaet RN
Hawely, R. N. ~~Assink~~ ~~Gestarbeie agentarbeich bestarberch attende stampe aut aback brai~~
carl. J. Koenigsmann M.D. Deputy comm chief medical officer, c.o. Bosworth,
C.O. K Shearing mr, c, DDS Hughes, Quarantine Sgt who Released me Aftr 72
Hovrs. lock down. check Record for his Name.

Each defendants is sred individually and in his or her official capacity. At
All times mentioned in this complaint each defendant acted under the color
of state law.

" The Facts "

① I "Jerome Thompson" the "plaintiff" would like to explain myself and
the reasons for this Civil Action & why? I'm not happy to say I have
three STATE # number, 87, 00, Now 08, And Never had Any majors, misbehavier
Reports, "Never"! And if I am "guilty" of Anythings it's writting alots of "grievances"
All around the STATE of correctional facilitys for Anything that violate my
Constitutional prison rights.

② On 3-5-12, I Jerome Thompson Arrived here from Auburn, corr, fac, on An
(?C) or "protected custody" transfer to attica, corr, fac. day one here at this facility it
was a mistake, because 1989 year I was here doing time under my 1987 State #
87A ~~5704~~- 87A-5704 din Number And I was Robbed And stabbed twice id my
back, So Albany, movement & classification are in fact in error. for sending me buck
to this same turmoil situation. when I was reviewed by the quarantine sgt, who released
me after the 72 hours lock down, he told me everythings about myself from Now A days
to back in 1989 he check the computer on me & told me No "grievances" will
help me here in "attica" I was very much intimidated, from that day on
'3-8-12 or 3-9-12 Release date from Quarantine he in fact told co's
About me, because they came to my cell location And told me About being

⬤ An "Asshole" ε' what they do to Rats ε' Switches, because in 1989 I wrote a few inmates up on putting pressure on weaker inmats for drugs And commissary, saw one guy on my company 2-5-company A-Block wife, come see him to bring his children's he was Afraid of Tony the porter, so I wrote the guy up to A "Captain Wolf" who worked here at the time IN 1989, he show Tony my letter. Now I'm the only person at the time who got color pens, he's the porter so he walk around the company look into other inmates cells I never try to hide my cup or pens. He had told me what happen with "captain Wolf" who now no longer work here in Attica showing him my letter letting him read it Setting me up to be hurt which happen two days later.

③

Now I couldn't tell Albany my movement ε' classification to move me out of here. So I wrote to D.D.S. Hughes Asking for P.C. he "never" contacted me OR send someone to talk to me on this matter or issues, I have And they move me from C-Block were an inmate was beaten real-bad to "A-Block" were I was "Stab" almost 23 yrs ago. I tryed my very best to stay away from anythings that'll cause me problems, but on 3-19-12 the problem came to me, A-Block-finger stick-"insulin" time a C.O. K Shewing Jumped out of her chair stick in hands. like I did something wrong and I Asked her what's the problem was her exact words was you better do somethings with your nails od my mouth, I told Ms. Sharing. I just got here from Auburd, C.E. And didn't go to commissary yet to buy clipper to cut my nails. she told me to bite them off. I smiled at her to show I have no teeth to do whet she had requested, so she was very upset at me it's personal. Now so on 3-19-12 that evening Rec time, she waited in the exit for me with 5 Five officers to harass me on my way out to rec, send me back to my cell. lock me up for diract order "106.10". She Never gave me an diract order to do anything I would have comply because my time to go home was within 7'2 months At the time of that incident so I would never bring myself Any under wanted problems. "Release date 11/14/12"



I wrote superintendent Bradt explaining my situation on the matter and how the L.T. Leveen which was a lady conducted the hearing was wrong and bais on my behave, At the hearing when I was explaining my case she Roiled her eyes At her officer named "Bosworth" who later on caused me more problems by deny me my Key-Lock-shower on 3-28-12 And before this incident he would deny me chow before I was Key-Locked on 3-19-12 so he Kept pushing me to complaint about his misconduct toward me And I wrote him up on 3-28-12 An "grievance" to Albany And superintendent Bradt Gov. A. Cuomo As well, he Never wrote me back on any of my issues why? I would like to Know? but Commissioner "Fischer" don't write back Neither, but he always have some one under him try to help out o' they send a copy of these letters to the "Facility" to let them Know mr J Thompson has wrote us Again on whatever the case is on my complaint I write Albany on any things I address on my "grievance" because if I had family I would call them to have them complaint to Albany unfortunately both parents passed aways And everybody else is out of New York city down south out of state so I have to Attack every situation on my own. No help from outside world,

---

Now on 4-8-12 I Jerome Thompson the complainted was Attacked by Sgt R. mitchell, CO. K morris, CO masocco, CO Temporokwski, CO moldacz In A-Block Lobby on the above date at 7:58 Am. But I wrote up the situation on March 19, 2012 I have Exit "A" letter from DC, Joseph E Bellnier from Albany N.Y. the letter telling him About an plot i' conspiracy to plant a weapon id my cell or on me, But on 4-8-12, I gave my cell-mate the opportunity to sleep on my bottom bunk for one night on 4-7-12 so on 4-8-12, He had to move back up to his bunk, He a young man 23 yrs old 5'6 or 7, 110 to 150 Lbs, I'm 49 yrs old 6'0 5'11, 200Lbs to 210 Lbs, The reason for this disciption of me i' my bunker is because on 4-8-12 we had an struggle in our cell. At About 7:50 Am on 4-8-12 No one was hurt, their was No Fighting, He Hit me with a card good in a Pillion case

(6)

But "MR D'scan, woods #10-B-3478-inmate" only hit me one time before I grab his hands to disarmed him when he reached to his left leg and pull-out A weapon And swed it At me. I refuse to die in Jail or prison I'm not an coward or Anything but I know "god is good"; I'm blessed I go home Nov14-2012, so I Ran out to let the C.O. know this man D'sean woods 10-B-3478 has An weapon, CO K. morris Fabricated an misbehavior Report on 4-8-12 Exbit "B" writting Rules violation on me 100.13 Fighting 106.10 Direct order 104.11 Violent conduct, NONE of these About Rules was violated by me, because Again at

7.58 Am Sgt R. Mitchell on another mis'behavior Report I had a weepon on A-Block Lobby which is 5 or 6 siep From the company of 1; la were the incident supposed to happen that K morris wrote up on his misbehavior Report on me, on 4-8-12 At 7.58 Am please make me understand did time STop on 4-8-12 because I can't understand how boths mishehavior Report can take place And the clock is tikting; on Record C.O. K. morrs testifityed He never saw an vlecpon in my hands or me woods hands. But Sgt R. mitchell wrote that his officer told him what happen he never question them on the validity of how I made it pass C.O. K morris with weepon in haNd At 7.58 Am Sgt R. mitchell made un Report charging me with 100.11 ASSAuit on staff 113-10, possession of a weapon 104.13 disturbance 104.11 violent conduct 106.10 Direct order, ad tope" dated 4-13-12 I plea guility to one charge 104.13, disturbance berause when these officers beat me I cryed; shoused out in pain then being Assaulted by these officers I was taken the clinic then to the hospital For three (3) days. I couldn't walk these officer hit me on my legs with their Night "stick" my Rights was in Fact violated "Excessive force" by prison jueards congtitutes cruel; udusud pudishment In a very important Supreme court case called Hudson v. McmilliAn 503 us 1 amedment the court Found A violetion of the 8th eighth Amendment when prison officials punched and kicked a prisoner leaving him with minor bruises swelling of the Face like myself will Produce Pictures when asked for them Expbit "C"

2002-07

*NYS Department of Correctional Services*
**DIAGNOSTIC TESTING NOTIFICATION**
*(NOTIFICACION DE PRUEBA DE DIAGNOSTICO)*

NAME _Thompson, Jerome_ DIN _0844742_
(Nombre)
FACILITY **ATTICA CORRECTIONAL FACILITY** CELL LOCATION _KB-CE-002_
(Institución)                                                        (Ubicación de la Celda)
REVIEWED BY _____ DATE _4/16/12_
(Revisado por)      (name & provider # )      (Fecha)   (MM/DD/YY)

THIS IS TO INFORM YOU THAT THE RESULTS OF THE TESTING CHECKED BELOW:
(Sirva éste para informarle que los resultados de la prueba identificada a continuación)
_LEFT ANKLE + SKULL_
X-RAY _____ LAB TESTING _____ OTHER _____
(Rayos-X)     (Prueba de Laboratorio)  (Otro)

PERFORMED ON _4-9-12_ WERE REVIEWED BY A PRIMARY CARE PROIVIDER.
(eljecutada en )                (La revisó un professional del cuidado primario. )

__X__ NO ACTION IS REQUIRED AT THIS TIME.
(No se exige acción en este momento. )

_____ REPORT TO SICK CALL.
(Repórtese a Cita por Enfermedad. )

_____ FOLLOW UP WILL BE ARRANGED WITH A PRIMARY PROVIDER.
(Se harán arreglos para seguimiento con un professsional del cuidado primario . )

_____ FOLLOW UP WILL BE ARRANGED WITH A SPECIALIST.
(Se harán arreglos con un especialista. )

H

(8)

A Lady doctor Named D GRAF had them do X-Ray on me 4-9-12 please see Exbit "B" - She never gave the doctor a chance to fully Look at my back at all Now C.O. Tomporowski is Not a little man he weight at least 290. LBS or more plus he Kick me in my private area so I was hurting down their also, she's a woman, I only wanted to tell a male doctor but I Never was return to the X-Ray to see him I was Kicked out the hospital three days later, by DR. GRAF And two C.O.s I wasn't going to contest her when asked me I'm okay to leave, I'm Not going to deal with being attacked again by them saying I refused A direct order From them. "I'm in a No "win" "situation" Feare For my life to much turmoil going on I don't need any more pain to my body or mind so I comply to every wish they asked For I'm not going to disagree with them at all, Now I would like to put this on Record R.N. Warsink, come up here to do insulin (two 2) (three 3) times a week I'll Refuse her services (why?) because I Informed her my arm are still hurting to put insulin shots in Left arm instead of right she Laughed and put it in the "Left" "arm" @ to this C.O.s witness her lack of commonication on her behalf toward me and Informed me to talk to a sgt For her lack of commonication C.O. Named Bleark I think his name spelled this way but he work (4 Four) to (5 Five) times a week S.H.U C-E-2 call For witness if Needed I also Informed R.N. Hardly about seeing a doctor he a male person, Not Female he Never had me put on the callout to see doctor For my back after (5)-Request to see doctor denn saw him to this day of writting 4/30/12 From 4/8/12 I'm still waiting 22 days No one come to see me For my pain in back "are" No pain Killer X-Rays or Nothing else This in fact cruel e: unusual punishment 8th Amendment violation pain e: more pain I Can't take it anymore but I'm Forced to deal with my pain to this day!

(9)

On 4-8-12 Sgt. R. Mitchell Fabricated A Story For each one of His Officers consolidating them together to cover them c himself because he was the supervisor of my Assault on me, So to cover himself and officers he wrote the misbehavior Report but claim on tape He wasn't their but He told me he back Any story his officers tell Him my question to him (why?) didn't his officers write this report themself. He did so to cover their "attack" on me. And His Neglect on his behalf, plus he want keep his sgt "Job" s' "pay" So he'll Fabricate to do so by any means Necessary Bottom Line Sgt. R. mitchell lie on me For his officers I Ask For $7,500 dollar From Him

(10)

Captain Robinson hearing officer conducted his hearing not mine, the way he saw fit for him not me he dictated every win for himself c' his staff please listen to tapes 4-12, 4-13 4-14, 4-16, 2012, I never had a chance to win but I pleaded guilty to one charge on the misbehavior report 104.13 Disturbance yes I plec guilty to the charge of 104.13 which mean; End of the quiet State, plus, upset c trouble, plus, interrupt yes three to four officers beat me, twisted me so bad I made plenty noise to cause an disturbance and asked Captain Robinson who show picture of an weapon I never In my "life" didn't show pictures of me in any bad condition to his officers to show my "state" of being he refused, to do so making this a one sided case for him E D.O.C. I ask for $10,000 From him! dollars

⑩

Day one I Jerome Thompson #08-A-4742, plaintiffs grievanced a fews things in the state of New York never the same issues and I also send any of my complaints to governor "Andrew Cuomo" so I can hear his opinion on each & every matter to see if he see my merits on my complaints and write me back & the facility in which I was being held in to either make them stop harassing me or move me to another facility either ways I would have been "Content" with a decision from him, But he never-ever Reply to me this 'assault" could have been 'prevented" after the "facility" in which I was in "attica" would have been thinking a lots more different after being aware of me in some type of contact with "Mr Cuomo governor" I Wrote to him on 3-28-2012 about my 8th amendment right dealing with an issues with an officer named MR C, is what inmates called him from A-Block 6 Company who work the 3 to 11 tour he is an "regular" worker/on the company he denyed me the oppurtunity to eat 3-29-2012 and yes I wrote an grievance al albany N.Y.S "Commissioner B. Fischer" because I was very much intimadated by him he was retaliaing for C.O. Barthworth I grievanced him for a shower while on keep lock for an misbehaivoe report by C.O. K, Sheary for my finger nail being to long I wrote her up for harassing me I ask for $5,000 dollar from governor Cuomo, $5,000 dollar Mr, C $5,000 C.O. K, Sheary! in the year further if anybody write him if he's to busy to reply then pass it down to the L.T. governor to made the facility know the inmate is in contact with them. Lack of communication on His behalf

(12)

On 4/25/12. I Jerome Thompson # 08A4742 Informed male R.N. Hewely. that I was in need of my medication. I turn in my sick-call Request Form indicating what I needed he gave me two of these medication. I requested three for my health condition. He gave me Metformin, Enalapril, and didn't produce my Nasotec, please check my medical record to see I receive (3) three kinds of medication. High blood pressure, diabetes, & a pill to control my diabetes as well. please check medical record (3) kinds of medication I take me Hewely is very disrespectful, unprofessional with me (why?) I wrote up his co/worker R.N. Ms. Wassink please see Exbit "A" in my complaints. please understand I informed me R.N. Hewely on madly occasion od sick call Requested slip & In conversation one on one to please have me to see doctor for my back pain I could barely move. most time to get out of my bed for the correctional court (two 2) times daily. he refuse to pass my request to the doctor I came to SHU. on or about 4/11/12 or 4/12/12 and today is 4/25/12 still in pain. my Rights to medical treatment deny and I feel MR CARL J. Koenigsmann M.D. Albany have Full Knowlelge of my situation see Exbit "A" I keep him informed of each & every incinident I truly feel he don't want to hear from me anymore he informed me by me Division, RHSA to use grievance I always put my complaints in A grievance form before. Albany. Receive copys of grievance on complaints (why?) I don't have family Calling Any Facilitys that I'm "deteid" in. So I hope the courts understand my guest to prevail each and every situation going on with myself and to show the courts how I'm being denyed medical treatment by me, R.N. Hewely. Ms R.N. Wassink, doctor Ms. D. Graf, Carl J. Koenigsmann, M.D. Albany N.y. I'm bringing this law-suit to each and everyone. of these unprofessional peoples and asking for $7500 each person In my 1983 complaints.

Thank You                Jerome Thompson
                              # 08A4742

(13)

Please Take Notice;

On this document of 1983 motion, each defendants is being sued as individual, starting with Governer, Andrew Cuomo I'm asking for $5,000 dollar from him, Commissioner Brian Fischer $5,000 dollar Superintendent Bradt of attica cor fac $5,000 dollar, Captain Robinson $10,000, Sgt. R. Mitchell $7,500 C.O. Tomporowski $7,500 dollar C.O. Bosworth $8500 C.O. K Shearing $7,500 C.O. MRC $7,500, D.D.S Hughes $6,500 quarentine Sgt, who released me to Attica population $8,500 dollar, doctor ms greff $7,500 R.N. Wassink $7,500 R.N. Hawrly $7,500, Carl J. Koenigsmann M.D. Deputy comm, chief medical officer $7,500 dollars, I would truly like each one of these defendant to Contest the charges that I bring to them in an jury trial by an judge. please contest me as the plainf Jerome Thompson # 08-A-4742.

Thank You Very Much
For your time

Your Truly

Mr Jerome Thompson
# 08-A-4742
Attica Corr facility
Attica N.Y. 14011
Box-149

FORM 2078

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES
## SHU PROPERTY PROCESS FORM

This form is to be used to secure, pack and transport the property of an inmate who is moved to SHU

| INMATE'S NAME | DIN # | CELL LOCATION | TODAY'S DATE |
|---|---|---|---|
| THOMPSON | 03A4742 | 6-3B | 4-5-12 |
| DATE INMATE MOVED | DATE AND TIME PACK-UP COMMENCED | DATE AND TIME TRANSPORTED TO SHU | INMATE'S SHU CELL LOCATION |
| 4-5-12 | 4-5-12 | | |

Was a TV present in the cell? ☐ yes ☒ no. (If yes) I have tagged the TV with the inmate's name and number and secured it in a designated storage area until the inmate is released from SHU.

I have bagged every property item found in this inmate's cell/cube and secured it in # ☐ bags.

I found the following items damaged ___None___

All of this property was transported to ___SHU___

**Packing Officer** _____
(PRINT NAME)                    (SIGNATURE)

I have received and secured # ☐ bags of property on ___/___/___ at ___:___ (AM)(PM).

**SHU Receiving Officer** _____
(PRINT NAME)                    (SIGNATURE)

IF POSSIBLE, THE FOLLOWING ITEMS LISTED BELOW WILL BE PACKED IN BAG #1.

Yes No
- — — 1 pair eyeglasses (prescription only)
- — — 1 hearing aid (prescription only)
- — — dentures
- — — prescription meds as authorized by medical staff
- — — denture cleanser (effervescent tablet form only)
- — — deodorant (mennen only)
- — — 1 religious book
- — — 1 prayer rug
- — — 1 religious medal and chain
- — — 1 prayer shawl
- — — tefillin
- — — talit katan
- — — 1 kufi or yarmulke
- — — rosary beads
- — — 1 plain wedding band

Yes No
- — — photographs & photo albums
- — — personal mail
- — — address book (no spiral binding)
- — — stamps
- — — carbon paper
- — — 1 calendar (no spiral binding)
- — — personal legal materials (papers, transcripts, briefs)
- — — books, magazines, & newspapers
- — — legal books & publications
- — — 1 shampoo
- — — plastic pail
- — — shower slippers
- — — 1 shaving cream/soap

Yes No
- — 1 unsealed medicine bag
- — 1 rosette
- — 1 small pouch of sacred herbs

All State Issue
- — — T-Shirts
- — — Socks
- — — Winter Coat
- — — Underwear
- — — Sweatshirts
- — — Pants
- — — Shirts
- — — Knit Cap

Distribution: White - DSS (to be held until the inmate is returned to general population)
Canary - IRC (Inmate's folder)
Pink - SHU File
Golden - Inmate

did the following to me (briefly state what each defendant named above did): _____

_____

_____

_____

_____

_____

_____

_____

The constitutional basis for this claim under 42 U.S.C. § 1983 is: _____

_____

The relief I am seeking for this claim is (briefly state the relief sought): _____

_____

#### Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? _____ Yes _____ No   If yes, what was the result? _____

_____

Did you appeal that decision? _____ Yes _____ No   If yes, what was the result? _____

_____

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: _____

_____

**If you have additional claims, use the above format and set them out on additional sheets of paper.**

### 6. RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

_____

_____

_____

_____

Do you want a jury trial? Yes_____ No_____

6

A. **FIRST CLAIM:** On (date of the incident) _____.

defendant (give the **name and position held** of **each defendant** involved in this incident) _____

_____

_____

did the following to me (briefly state what each defendant named above did): _____

_____

_____

_____

_____

_____

_____

The constitutional basis for this claim under 42 U.S.C. § 1983 is: _____

_____

The relief I am seeking for this claim is (briefly state the relief sought): _____

_____

_____

### Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? _____ Yes _____ No   If yes, what was the result? _____

_____

Did you appeal that decision? _____ Yes _____ No   If yes, what was the result? _____

_____

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: _____

_____

A. **SECOND CLAIM:** On (date of the incident) _____.

defendant (give the **name and position held** of **each defendant** involved in this incident) _____

_____

_____

5

did the following to me (briefly state what each defendant named above did): _____ .

_____

_____

_____

_____

_____

_____

The constitutional basis for this claim under 42 U.S.C. § 1983 is: _____

_____

The relief I am seeking for this claim is (briefly state the relief sought): _____

_____

_____

### Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? _____ Yes _____ No   If yes, what was the result? _____

_____

Did you appeal that decision? _____ Yes _____ No   If yes, what was the result? _____

_____

*Attach copies of any documents that indicate that you have exhausted this claim:*

If you did not exhaust your administrative remedies, state why you did not do so: _____

_____

**If you have additional claims, use the above format and set them out on additional sheets of paper.**

### 6. RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

_____

_____

_____

Do you want a jury trial?  Yes **✗**  No_____

6

A. FIRST CLAIM:  On (date of the incident) _____ .

defendant (give the **name and position held** of **each defendant** involved in this incident) _____

_____

did the following to me (briefly state what each defendant named above did): _____

_____

_____

_____

_____

_____

_____

The constitutional basis for this claim under 42 U.S.C. § 1983 is: _____

_____

The relief I am seeking for this claim is (briefly state the relief sought): _____

_____

_____

### Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim?  _____ Yes  _____ No   If yes, what was the result? _____

_____

Did you appeal that decision?  _____ Yes  _____ No   If yes, what was the result? _____

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: _____

_____

A. SECOND CLAIM:  On (date of the incident) _____ .

defendant (give the **name and position held** of **each defendant** involved in this incident) _____

_____

_____

5

Disposition (check the statements which apply):

_____ Dismissed (check the box which indicates why it was dismissed):

       _____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

       _____ By court for failure to exhaust administrative remedies;

       _____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

       _____ By court due to your voluntary withdrawal of claim;

_____ Judgment upon motion or after trial entered for

       _____ plaintiff

       _____ defendant.

---

## 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983. (This list does not include all possible claims.)

| | | |
|---|---|---|
| • Religion | • Access to the Courts | • Search & Seizure |
| • Free Speech | • False Arrest | • Malicious Prosecution |
| • Due Process | • Excessive Force | • Denial of Medical Treatment |
| • Equal Protection | • Failure to Protect | • Right to Counsel |

**Please note that** it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, tell the story of what happened to you but do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995). **Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

---

### Exhaustion of Administrative Remedies

Note that according to **42 U.S.C. § 1997e(a)**, "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prison er confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

You must provide information about the extent of your efforts to grieve, appeal, or otherwise exhaust your administrative remedies, and you must attach copies of any decisions or other documents which indicate that you have exhausted your remedies for each claim you assert in this action.

4

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
                      (date)

NOTE: *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

_Jerome Thompson # 08-A-4742_

_____

Signature(s) of Plaintiff(s)

7